## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOY COLLINS,
*Plaintiff,*

v.

CRESENT PARK CORPORATION,
*Defendant.*

Civil Number: **24-cv-494-RJD**

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 30, 2024, this case is DISMISSED without prejudice. Each party to bear their own costs.

**DATED:  April 30, 2024**

MONICA A. STUMP
CLERK OF COURT

By: *s/Jamie Melson*
**Deputy Clerk**

**APPROVED:**

*s/ Reona J. Daly*
HON. REONA J. DALY
UNITED STATES MAGISTRATE JUDGE